IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ZOE MINNOCH,                           )          CIVIL 08-00176DAE-BMK
                                       )
              Plaintiff,               )
                                       )
       vs.                             )
                                       )
KAISER FOUNDATION HEALTH               )
PLAN, INC. and                         )
DOE DEFENDANTS 1-10,                   )
                                       )
              Defendants.              )
_____        )

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION


       Findings and Recommendation having been filed and served on all

parties on September 19, 2008, and no objections having been filed by any

party,

       IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to

Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the

"Findings and Recommendation to Deny Plaintiff Minnoch's Motion to Remand,"

are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 8, 2008.



_____
David Alan Ezra
United States District Judge

Zoe Minnoch vs. Kaiser Foundation Health Plan, Inc., et al., Civil No. 08-00176
DAE-BMK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND
RECOMMENDATION